UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIANMAO ZHU,<br><br>          Plaintiff,<br><br>     v.<br><br>LNT ENTERPRISE, INC., and others,<br><br>          Defendants. | Case No. 21-cv-05946 NC<br><br>**ORDER TO SHOW CAUSE WHY MAY HSIAO AND MAY'S TAX AND BUSINESS SERVICE SHOULD NOT BE FOUND IN CONTEMPT FOR FAILING TO COMPLY WITH SUBPOENA**<br><br>Re: ECF 34 |

May Hsiao and May's Tax and Business Service are ordered to appear before this court, U.S. Magistrate Judge Nathanael Cousins, at 280 S. First Street, San Jose, 4th Floor, Courtroom 5, on August 18 at 2:00 p.m. to show cause why they should not be found in contempt of court for not complying with a subpoena issued to them under Federal Rule of Civil Procedure 45.  The hearing will be held in person, not by video or telephone.  Rule 45(g) provides that the Court "may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it."  Here, plaintiff Tianmao Zhu has moved for a finding of contempt, asserts that Hsiao and May's Tax and Business Service were served with the subpoena, and asserts that Hsiao and May's Tax and Business Service have not responded.   ECF 34.

Hsiao and May's Tax and Business Service are warned that if the Court finds them in contempt, it may order an award of attorney's fees and costs against them.

Zhu is ordered to do the following by July 27, 2022: (1) serve this Order on May Hsiao and May's Tax and Business Service, and file a certificate of service; (2) file and serve on May Hsiao and May's Tax and Business Service a declaration attesting to the service of the subpoena; (3) file and serve on May Hsiao and May's Tax and Business Service a proposed order granting the motion for contempt; and (4) file a copy of the subpoena. Additionally, Zhu is ordered by August 11 to file a status update indicating whether there has been a response to the subpoena. If defendants Lin and LNT Enterprise have any objection to the subpoena or the motion for contempt, they must file their objection by August 11. Finally, counsel for Zhu and defendants Lin and LNT Enterprise are ordered to personally appear at the August 18 2:00 p.m. hearing.

**IT IS SO ORDERED.**

Dated: July 13, 2022

_____
NATHANAEL M. COUSINS
United States Magistrate Judge